IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| BEAL, BRENDA, | ) | |
| | ) | |
| *Plaintiff*, | ) | Civil Action No.1:15-cv-289 |
| | ) | |
| vs. | ) | JURY |
| | ) | |
| TEVA WOMEN'S HEALTH, INC., a | ) | |
| Delaware corporation; and TEVA | ) | |
| PHARMACEUTICALS USA, INC., a | ) | |
| Delaware corporation, | ) | |
| | ) | |
| *Defendants*. | ) | |

## JURY DEMAND OF DEFENDANTS
## TEVA WOMEN'S HEALTH, INC. AND TEVA PHARMACEUTICALS USA, INC.

Pursuant to Rule 38 of the Federal Rules of Civil Procedure and Local Rule CV-38, Defendants Teva Women's Health, Inc. and Teva Pharmaceuticals USA, Inc. hereby demand a trial by jury in the above-captioned action of all issues triable by jury.

Dated: July 23, 2015

Respectfully submitted,

  /s/ Laura E. De Santos
Laura E. De Santos (State Bar No. 00793612)
Gordon Rees Scully Mansukhani, LLP
3D/International Tower
1900 West Loop South, Suite 1000
Houston, TX 77027
Tel: (713) 961-3366
Fax: (713) 961-3938
Email: ldesantos@gordonrees.com

*Attorney for Defendants Teva Women's Health, Inc. and Teva Pharmaceuticals USA, Inc.*

## CERTIFICATE OF SERVICE

      On July 23, 2015, the undersigned certifies that a true and correct copy of the foregoing document was electronically served on all counsel of record via the Court's ECF filing system.

                                                                           _/s/ Laura E. De Santos_ _____
                                                                          Laura E. De Santos