# UNITED STATES DISTRICT COURT * * * * * * * EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| BRENDA BEAL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:15-CV-289 |
| | § | |
| TEVA WOMEN'S HEALTH, INC. and | § | |
| TEVA PHARMACEUTICALS USA, INC., | § | |
| | § | |
| Defendants. | § | |

## SCHEDULING ORDER

The following schedule shall be followed. All communications concerning the case shall be directed in writing to Patricia Leger, Court Administrator for Judge Crone, 300 Willow Street, Suite 239, Beaumont, TX 77701-2200. For urgent matters, Ms. Leger may be contacted at (409) 654-2880.

1. October 30, 2015 — NEW PARTIES shall be joined, without leave of court, by this date.

2. December 4, 2015 — The pleadings shall be AMENDED, without leave of court, by this date.

3. April 8, 2016 — MEDIATION shall be conducted by this date.

4. August 4, 2016 — PLAINTIFF shall designate EXPERT WITNESSES in writing and provide expert reports by this date.

5. September 22, 2016 — DEFENDANT shall designate EXPERT WITNESSES in writing and provide expert reports by this date.

6. October 24, 2016 — DISCOVERY shall be completed by this date.

7. November 7, 2016 — MOTION CUT-OFF. Aside from motions in limine, no motion, including motions to exclude or limit expert testimony, shall be filed after this date except for good cause shown. Without leave of court, a party may file only one summary judgment motion.

8. January 30, 2017 — The JOINT PRETRIAL ORDER, including motions in limine and a proposed charge or proposed findings of fact and conclusions of law, shall be filed and proposed trial exhibits shall be exchanged on or before this date.

9. February 6, 2017 — OBJECTIONS TO proposed exhibits, witnesses, and deposition excerpts, as well as responses to motions in limine, shall be filed by this date.

10. March 3, 2017 — FINAL STATUS CONFERENCE at 10:00 a.m. The case will be set for Final Pretrial Conference and Trial at the Final Status Conference. The parties should be prepared to try the case by this date.

11. 8 days — Estimated time to try before a jury.

SIGNED at Beaumont, Texas, this 19th day of October, 2015.

*Marcia A. Crone*

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE