**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| **BRENDA BEAL,** § | |
| § | |
| v. § | Civil Action No. 1:15-CV-00289 |
| § | |
| **TEVA WOMEN'S HEALTH, INC.** and § | |
| **TEVA PHARMACEUTICALS USA, Inc.** § | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW BRENDA BEAL, Plaintiff herein, and TEVA WOMEN'S HEALTH, INC. and TEVA PHARMACEUTICALS USA, INC., Defendants herein, by and through their undersigned attorneys, and hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this lawsuit be dismissed with prejudice, and without costs or fees to any party.

Respectfully submitted,

| | |
|---|---|
| Houssiere, Durant & Houssiere, LLP | GORDON & REES, L.L.P. |
| | |
| By:*Randal A. Kauffman* | By: */s/Laura E. De Santos* |
|     Charles R. Houssiere, III |     Laura E. De Santos |
|     Attorney in Charge |     State Bar No. 00793612 |
|     State Bar No. 10050700 |     ldesanros@gordonrees.com |
|     choussiere@HDHtex.com; |     Kristina M. Brar |
|     jreznickova@HDHtex.com |     State Bar No. 24064013 |
|     Randal A. Kauffman |     kbrar@gordonrees.com |
|     State Bar No. 11111700 | 1900 West Loop South, Suite 1000 |
|     rkauffman@HDHtex.com | Houston, TX 77027 |
|     wcarte@HDHtex.com | Telephone: (713)961-3366 |
| 1990 Post Oak Blvd., Suite 800 | Facsimile: (713)961-3938 |
| Houston, TX 77056 | |
| Telephone: (713)626-3700 | ATTORNEYS FOR DEFENDANTS TEVA |
| Facsimile: (713)626-3709 | WOMEN'S HEALTH, INC. AND TEVA |
| | PHARMACEUTICALS USA, INC. |
| ATTORNEYS FOR PLAINTIFF | |

                                       **OF COUNSEL:**
Frederick M. Erny
Ohio Bar No. 0038939
ferny@ulmer.com

**ULMER & BERNE, LLP**
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202-2409
(513)698-5000 (Telephone)
(513)698-5001 (Facsimile)

**SO ORDERED** this _____ day of _____, 2016.

_____
Marcia A. Crone
United States District Judge