| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| BRENDA BEAL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | CIVIL ACTION NO. 1:15-CV-289 |
| | § | |
| TEVA WOMEN'S HEALTH, INC. and | § | |
| TEVA PHARMACEUTICALS USA, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In accordance with the parties' Stipulation of Dismissal with Prejudice (#12), filed August 10, 2016, this action is dismissed with prejudice. The parties shall bear their own costs.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 11th day of August, 2016.

_Marcia A. Crone_
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE